DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LORENA ATWELL OCE**,
Appellant,

v.

**RICKEY MITCHELL, III**, a minor, and
**DR. RICKEY MITCHELL**, his father and guardian,

Appellees.

No. 4D19-3510

[November 12, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502010CA030211XXXXMB.

Glenn R. Miller of Glenn Ricardo Miller, LLC, North Miami Beach, for appellant.

Patrick S. Cousins of Cousins Law, APA, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***